IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIER PORTER, | } | |
| *Plaintiff* | } | |
| v. | } | CIVIL ACTION NO. H-05-419 |
| | } | |
| CONTINENTAL AIRLINES, | } | |
| *Defendants* | } | |

**FINAL SUMMARY JUDGMENT**

On this day, 3 October 2006, in the action pending between Plaintiff, Kier Porter, and Defendant, Continental Airlines, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendant is awarded its costs.

Signed at Houston, Texas, this 3rd day of October, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE